IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 4:26CR161-RPC-JMV-1

CAMERON TYLER DODDS

**ORDER SUBSTITUTING COUNSEL**

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest. The Office of the Federal Public Defender contacted **Derrick T. Simmons on October 1, 2026,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Derrick T. Simmons** has agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that

**Derrick T. Simmons** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 1st day of October, 2026.

*/s/ Jane M. Virden*
UNITED STATES MAGISTRATE JUDGE